UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE EYEWEAR ANTITRUST LITIGATION<br><br>This Document Related To:<br>All Cases | Case No. 0:23-CV-03065 (KMM/JFD) |

**STIPULATION TO FILE AMENDED COMPLAINTS AFTER TRANSFER**

Plaintiffs Peter Brown, Isha Fathmath, Tara Foster, Rebecca Froehlich, Brad Hoag, Monet Jonas, Michelle Morgan, Jarred Ristau, Frederick Rozo ("Direct Purchaser Plaintiffs"), and Pamela Ringgold ("Indirect Purchaser Plaintiff") ("Direct Purchaser Plaintiffs" together with "Indirect Purchaser Plaintiff," the "Plaintiffs"), and Defendants Costa Del Mar, Inc., Essilor of America, Inc., Essilor International SAS, EssilorLuxottica S.A., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica USA Inc., Essilor Laboratories of America, Inc., Essilor Laboratories of America Holding Co., Inc., EyeMed Vision Care, LLC, For Eyes Optical Company, Frames for America, Inc., Luxottica of America Inc., Luxottica Group S.p.A., Oakley, Inc., Vision Source, LLC (formerly Vision Source, LP), and Grand Vision B.V. ("Defendants," and, together with Plaintiffs, the "Parties") by and through their undersigned counsel of record and subject to Court's approval, submit this Stipulation for Plaintiffs to file their Amended Complaints after transfer ("Stipulation"). In support of this Stipulation, the Parties state as follows:

1.     Plaintiffs filed eight related putative antitrust class actions in this district: *Morgan v. EssilorLuxottica S.A. et al.*, 23-cv-03065 (D. Minn. Oct. 3, 2023); *Jonas v.*

*EssilorLuxottica S.A. et al.*, 23-cv-03082 (D. Minn. Oct. 5, 2023); *Foster v. EssilorLuxottica S.A., et al.*, 23-cv-03662 (D. Minn. Nov. 29, 2023); *Rozo v. EssilorLuxottica S.A. et al.*, 23-cv-03822 (D. Minn. Dec. 15, 2023); *Ristau v. EssilorLuxottica S.A. et al.*, 23-CV-03823 (D. Minn. Dec. 15, 2023); *Fathmath v EssilorLuxottica S.A. et al.*, 24-cv-00260 (D. Minn. Jan. 31, 2024); *Ringgold v. EssilorLuxottica S.A. et al.*, 24-cv-00349 (D. Minn. Feb. 6, 2024); *Brown v. EssilorLuxottica, S.A. et al.*, 24-cv-00767 (D. Minn. Mar. 5, 2024).

2.      Plaintiffs' cases were consolidated into *In re Eyewear Antitrust Litigation*, 23-cv-03065 (D. Minn.) ("the action"). (Dkt. Nos. 59, 107).

3.      Counsel for Plaintiffs represented to the Court that they planned to file Amended Complaints 45 days following the Court's order on Plaintiffs' Joint Motion to Appoint Interim Co-Lead Counsel, which the Court granted on May 1, 2024. (Dkt. No. 115).

4.      On June 12, 2024, the Court ordered that the action be transferred to the Southern District of New York. (Dkt. No. 121).

5.      The Parties have met and conferred and agree that, to conserve judicial and party resources, Plaintiffs need not file their Amended Complaints until after the action has been transferred to the Southern District of New York.

6.      The Parties further agree that Plaintiffs shall have 28 days after the action is transferred to the Southern District of New York to file their Amended Complaints, subject to the transferee Court Judge's authority to set or alter such due date.

7.     For the avoidance of doubt, this Stipulation does not alter or amend any other stipulations or agreements previously made by the Parties, including the stipulation entered by the Court on February 5, 2024 pursuant to which (among other things) Defendants shall have 75 days to respond to the Amended Complaints. (Dkt. No. 38.)

8.     A proposed order is being submitted to the Court herewith.

Dated:  June 17, 2024                    Respectfully submitted,

By: */s/ David M. Cialkowski*

David M. Cialkowski (MN #0306526)
June Pineda Hoidal (MN #033330X)
Ian F. McFarland (MN #0392900)
Zachary J. Freese (MN #0402252)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
June.hoidal@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com

Daniel E. Gustafson (MN #202241)
Daniel C. Hedlund (MN #258337)
Michelle J. Looby (MN #0388166)
Joshua J. Rissman (MN #0391500)
Anthony J. Stauber (MN #0401093)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

3

mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

Heidi M. Silton (#025759X)
Jessica N. Servais (#0326744)
Joseph C. Bourne (#0389922)
**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
100 Washington Avenue South, Suite
2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

Alec Schultz (*pro hac vice* forthcoming)
**HILGERS GRABEN PLLC**
1221 Brickell Avenue, Suite 900
Miami, FL 33131
Tel: (305) 630-8304
aschultz@hilgersgraben.com

Michael Merriman (admitted *pro hac
vice*)
**HILGERS GRABEN PLLC**
655 West Broadway, Suite 900
San Diego, CA 92101
Tel: (612) 369-6232
mmerriman@hilgersgraben.com

***Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs.***

By: */s/ Laura C. Fellows*

Richard M. Paul III (*pro hac vice*)
Laura C. Fellows (*pro hac vice*)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106

4

Telephone: (816) 984-8100
Rick@PaulLLP.com
Laura@PaulLLP.com

Daniel R. Olson (#0389235)
Jeffrey D. Klobucar (#0389368)
Casey D. Marshall (#0395512)
Aram V. Desteian (#0396021)
**BASSFORD REMELE**
*A Professional Association*
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
dolson@bassford.com
jklobucar@bassford.com
cmarshall@bassford.com
adesteian@bassford.com


*Interim Co-Lead Counsel for Indirect
Purchaser Plaintiffs.*



By: */s/ Belinda S. Lee*


LATHAM & WATKINS LLP

Christopher S. Yates (*pro hac vice*;
CA # 161273)
Belinda S. Lee (*pro hac vice*;
CA # 199635)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: chris.yates@lw.com
belinda.lee@lw.com

*Attorneys for Defendants Costa Del Mar,
Inc., Essilor of America, Inc., Essilor*

5

*International SAS, EssilorLuxottica S.A., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica USA Inc., Essilor Laboratories of America, Inc., Essilor Laboratories of America Holding Co., Inc., EyeMed Vision Care, LLC, For Eyes Optical Company, Frames for America, Inc., Luxottica of America Inc., Luxottica Group S.p.A, Oakley, Inc., Vision Source, LLC (formerly Vision Source, LP), and GrandVision B.V.*