### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EYEWEAR ANTITRUST LITIGATION | Civil No. 1:24-cv-04826-MKV |
| This document relates to all actions | **MOTION FOR ADMISSION *PRO HAC VICE* OF HEIDI M. SILTON** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, HEIDI M. SILTON hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Michelle Morgan in the above-captioned action.

I am in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached an Affidavit pursuant to Local Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the certificate of good standing issued within the past thirty (30) days is attached as Exhibit A.

Dated: July 1, 2024

LOCKRIDGE GRINDAL NAUEN PLLP

*s/ Heidi M. Silton*
Heidi M. Stilton
Joseph C. Bourne
Jessica N. Servais
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

***Attorneys for Plaintiff Michelle Morgan***