UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024
```

**In re Eyewear Antitrust Litigation**

1:24-cv-4826 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is receipt of the parties' joint status letter dated July 8, 2024, which indicates that Plaintiffs intend to amend, and Defendants wish to file a motion to dismiss [ECF No. 157 at 3]. IT IS HEREBY ORDERED that Plaintiffs shall file an amended, consolidated complaint by August 6, 2024. IT IS FURTHER ORDERED that Defendants shall respond by October 2, 2024. If Defendants respond with a motion to dismiss, Plaintiffs' opposition is due November 20, 2024, and any reply is due December 10, 2024.

**SO ORDERED.**

Date: **July 11, 2024**
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**