**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EYEWEAR ANTITRUST LITIGATION<br><br>This Document Relates To: All Cases | 1:24-cv-04826 (MKV) (GS)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL GREENE ESPEL PLLP** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Mark L. Johnson and Davida S. McGhee Williams of Greene Espel PLLP are withdrawing as counsel for Defendants Costa Del Mar, Inc., Essilor International SAS, Essilor Laboratories of America Holding Co., Inc., Essilor Laboratories of America, Inc., Essilor of America, Inc., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica S.A., EssilorLuxottica USA Inc., EyeMed Vision Care, LLC, For Eyes Optical Company, Frames for America, Inc., GrandVision B.V., Luxottica Group S.p.A., Luxottica of America, Inc., Oakley, Inc., and Vision Source, LLC (formerly Vision Source, LP).

Mr. Johnson and Ms. McGhee Williams and the law firm of Greene Espel were retained as Defendants' local counsel when this case was venued in the United States District Court for the District of Minnesota. Mr. Johnson and Ms. McGhee Williams are not members of the bar of the Southern District of New York. Now that the case has been transferred to this district, Defendants no longer require their services as counsel of record. Latham & Watkins will continue to represent Defendants in this matter.

Dated:  August 19, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Christopher S. Yates*[1]
Christopher S. Yates (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: chris.yates@lw.com
      belinda.lee@lw.com
      ashley.bauer@lw.com
      alicia.jovais@lw.com

Lawrence E. Buterman
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: lawrence.buterman@lw.com

GREENE ESPEL PLLP

*/s/ Mark L. Johnson*
Mark L. Johnson, MN Reg. No. 0345520
Davida S. McGhee Williams, MN Reg. No. 0400175
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
mjohnson@greeneespel.com
dwilliams@greeneespel.com
(612) 373-0830

*Attorneys for Defendants Costa Del Mar, Inc., Essilor International SAS, Essilor Laboratories of America Holding Co., Inc., Essilor Laboratories of America, Inc., Essilor of America, Inc., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica S.A., EssilorLuxottica USA Inc., EyeMed Vision Care, LLC, For Eyes Optical*

*Company, Frames for America, Inc., GrandVision B.V., Luxottica Group S.p.A., Luxottica of America, Inc., Oakley, Inc., and Vision Source, LLC (formerly Vision Source, LP)*

---

[1] Christopher S. Yates uses Mark L. Johnson's electronic signature with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.