September 26, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: Joint Letter Motion Regarding Motion Page Limits - *In re Eyewear Antitrust Litigation,* Case No. 1:24-cv-04826-MKV

Dear Judge Vyskocil:

The parties in the above-captioned matter submit this joint letter motion regarding the page limits for briefing on Defendants' motion to dismiss Plaintiffs' Amended Complaints (ECF Nos. 197, 198), which is due on October 2, 2024. *See* ECF No. 166. The parties have met and conferred and respectfully request that the Court grant each side leave to exceed their briefing limits by up to 20 pages per side and set the following page limits:

- Defendants collectively have 90 pages to split between their motion and reply as they see fit; and

- Plaintiffs collectively have 70 pages to use as they see fit.

Good cause exists for the requested page limits:

- Defendants are responding to two Amended Complaints (ECF Nos. 197, 198), which include some overlapping allegations but also have many differences.

- Collectively, the Amended Complaints span 219 pages.

- The Direct Purchaser Plaintiffs assert nine causes of action under federal law, and the Indirect Purchaser Plaintiffs assert three causes of action encompassing 54 different state laws.

- Under the applicable rules, Defendants could file separate 25-page motions to dismiss each Amended Complaint.

- To promote judicial and party efficiency, rather than file duplicative motions to dismiss, the parties agree that all Defendants shall collectively file a single joint motion to dismiss both Amended Complaints.

Dated: September 26, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Christopher S. Yates*[1]
Christopher S. Yates (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: chris.yates@lw.com

Lawrence E. Buterman
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: lawrence.buterman@lw.com

*Attorneys for Defendants Essilor International SAS, Essilor Laboratories of America, Inc., Essilor of America, Inc., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica S.A., EssilorLuxottica USA Inc., EyeMed Vision Care, LLC, For Eyes Optical Company, GrandVision B.V., Luxottica Group S.p.A., Luxottica of America Inc., and Vision Source, LLC (formerly Vision Source, LP)*

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Anthony J. Stauber
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

---

[1] Defendants use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

David M. Cialkowski
June Pineda Hoidal
Ian F. McFarland
Zachary J. Freese
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
June.hoidal@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com

Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Alec Schultz
**HILGERS GRABEN PLLC**
1221 Brickell Avenue, Suite 900
Miami, FL 33131
Tel: (305) 630-8304
aschultz@hilgersgraben.com

Michael Merriman
**HILGERS GRABEN PLLC**
655 West Broadway, Suite 900
San Diego, CA 92101
Tel: (612) 369-6232
mmerriman@hilgersgraben.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Richard M. Paul III
Laura C. Fellows
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Laura@PaulLLP.com

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*

cc: All Counsel of Record (via ECF)