LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

October 2, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

>    Re:    *In re Eyewear Antitrust Litigation*, No. 1:24-cv-04826-MKV-GS – Request for Oral Argument on Motion to Dismiss Plaintiffs' Complaints

Dear Judge Vyskocil:

   We represent Defendants[1] in the above-captioned matter.  Pursuant to Rule 4.A.vii. of Your Honor's Individual Rules of Practice in Civil Cases, Defendants respectfully request that oral argument be held on Defendants' Motion to Dismiss Plaintiffs' Complaints.

Dated:  October 2, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Christopher S. Yates*
Christopher S. Yates (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

---

[1] "Defendants" refers to:  Essilor International SAS, Essilor Laboratories of America, Inc., Essilor of America, Inc., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica S.A., EssilorLuxottica USA Inc., EyeMed Vision Care, LLC, For Eyes Optical Company, GrandVision B.V., Luxottica Group S.p.A., Luxottica of America Inc., and Vision Source, LLC (formerly Vision Source, LP).

Two additional entities named for the first time in the Indirect Purchaser Plaintiffs' Amended Complaint, EOA Holding Co., Inc. and Essilor Doctor Alliances Corporation, have not been served as of the date of this filing.

LATHAM&WATKINS LLP

        Telephone: (415) 391-0600
        Facsimile: (415) 395-8095
        Email: chris.yates@lw.com
               belinda.lee@lw.com
               ashley.bauer@lw.com
               alicia.jovais@lw.com

Lawrence E. Buterman
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: lawrence.buterman@lw.com

*Attorneys for Defendants Essilor International SAS, Essilor Laboratories of America, Inc., Essilor of America, Inc., EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.), EssilorLuxottica S.A., EssilorLuxottica USA Inc., EyeMed Vision Care, LLC, For Eyes Optical Company, GrandVision B.V., Luxottica Group S.p.A., Luxottica of America Inc., and Vision Source, LLC (formerly Vision Source, LP)*

cc:     All Counsel of Record (via ECF)