# LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

May 14, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/16/2025
```

**VIA ECF**

Hon. Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Eyewear Antitrust Litigation*, No. 1:24-cv-04826-MKV-GS – Joint Request to Reschedule Oral Argument on Motion to Dismiss

Dear Judge Vyskocil:

Pursuant to Rule 2.G of Your Honor's Individual Rules of Practice in Civil Cases, the parties in the above-captioned matter jointly request that the oral argument ordered for June 12, 2025 on Defendants' Motion to Dismiss Plaintiffs' Complaints be rescheduled for July 2, 2025. *See* ECF No. 235. The parties request this scheduling change to accommodate conflicts of counsel on June 12, 2025 that cannot be rescheduled. The parties have conferred, and the earliest available date that all counsel are available is July 2, 2025.

This request will not affect any other scheduled deadlines, and the parties have not previously requested any scheduling change for oral argument on the Motion to Dismiss.

Dated: May 14, 2025

Respectfully submitted,[*]

LATHAM & WATKINS LLP

*/s/ Christopher S. Yates*
Christopher S. Yates (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

---

GRANTED. The oral argument is ADJOURNED to July 2, 2025 at 11:00 a.m.

Date: May 16, 2025
New York, New York

*Mary Kay Vyskocil*
United States District Judge

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.