

Rick Paul
Partner

T 816.984.8100
F 816.984.8101

October 17, 2025

**VIA ECF**

Hon. Judge Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *In re Eyewear Antitrust Litigation*, Case No. 1:24-cv-04826-MKV-GS
              *Ringgold*, Indirect Purchaser Class

Dear Judge Vyskocil,

    I write as the Court-appointed Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs. As the Court is aware, on September 26, 2025, your Honor issued an Order granting Defendants' Motion to Dismiss. (Doc. 250). That Order permitted Plaintiffs to file a joint, second amended Complaint with the Direct Purchaser Plaintiffs by October 17, 2025. *Id.* Indirect Purchaser Plaintiffs write as a courtesy to alert the Court that we do not plan to amend our Complaint.

    As always, please contact me with any questions.



|  |  |
|---|---|
| Dated: October 17, 2025 | Respectfully submitted, |
| **BASSFORD REMELE** | **PAUL LLP** |
| *A Professional Association* |  |
| Daniel R. Olson (*pro hac vice*) | /s/ *Richard M. Paul III* |
| Jeffrey D. Klobucar (*pro hac vice*) | Mary Jane Fait (NY Bar #1669019) |
| Casey D. Marshall (*pro hac vice*) | Richard M. Paul III (*pro hac vice*) |
| Aram V. Desteian (*pro hac vice*) | Laura C. Fellows (*pro hac vice*) |
| Amanda M. Williams (*pro hac vice*) | 600 Broadway, Suite 600 |
| 100 South Fifth Street, Suite 1500 | Kansas City, Missouri 64105 |
| Minneapolis, Minnesota 55402 | Telephone: (816) 984-8100 |
| Telephone: (612) 333-3000 | MaryJane@PaulLLP.com |
| dolson@bassford.com | Rick@PaulLLP.com |
| jklobucar@bassford.com | Laura@PaulLLP.com |
| cmarshall@bassford.com |  |
| adesteian@bassford.com |  |
| awilliams@bassford.com |  |

*Interim Co-Lead Counsel for the Proposed Indirect Purchaser Class*

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the ECF registrants listed for this matter.

/s/ *Richard M. Paul III*